UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DARO JOHNSON-BEY,

Plaintiff(s),

v.  Case No. 2:22cv81

NEW KENT GENERAL DISTRICT,

Defendant(s).

JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this civil action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and Plaintiff's Motion to Consolidate, ECF No. 7, is **DENIED**.

DATED: April 6, 2023                    FERNANDO GALINDO, Clerk

                                        By_____/s/_____
                                        E. Price, Deputy Clerk